# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN F. TURANT. JR., | |
| Plaintiff(s), | 2:08-cv-0132-RLH-PAL |
| vs. | **O R D E R** |
| THOMAS COOK, | |
| Defendant(s). | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#4, filed January 30, 2009), entered by the Honorable Peggy A. Leen, regarding Plaintiff's failure to state a claim or file an amended complaint. No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Report of Findings and Recommendation (#4, entered January 30, 2009) is ACCEPTED and ADOPTED, and Plaintiff's case is dismissed.

Dated: February 20, 2009.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**