AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF — Nevada

John F. Turant Jr

Plaintiff,

V.

**JUDGMENT IN A CIVIL CASE**

Thomas Cook

Case Number: 2:08-CV-0132 RLH-PAL

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is ACCEPTED and ADOPTED. Plaintiff's case is DISMISSED. Judgment is entered for Defendant and against Plaintiff.

February 20, 2009

/s/ Lance S. Wilson

Date

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk